(June 24, 1991)

■ ANTHONY BAILEY, Respondent, v LAUIRINE PARRISH et al., Appellants.—Appeal by the defendants from an order of the Supreme Court, Kings County (Hurowitz, J.), dated December 20, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Hurowitz at the Supreme Court. Bracken, J. P., Kooper, Lawrence and Balletta, JJ., concur.